UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>ESTIVA CORAZON,<br><br>*Debtor.* | Case No.3:11-cv-00542-~~MEJ~~ SC<br>Hon. ~~Magistrate Judge Maria Elena James~~<br><br>Chapter 11<br><br>**[~~PROPOSED~~] ORDER EXPUNGING *LIS PENDENS*** |
|---|---|

For the reasons set forth in the Court's Order Granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Expunge Lis Pendens (Docket no. 27), the Court hereby **ORDERS** the notice of pendency of action recorded in the official real property records of San Francisco County as instrument number 2011J132416 expunged from the record of title to the property commonly known as 2 Ulloa Street, San Francisco, California 94127 and legally described as:

LOT NO. 1, IN BLOCK 2914, ACCORDING TO MAP OF LABUNA HONDA PARK ADDITION, AS PER MAP FILED JANUARY 23, 1928, IN BOOK "L" OF MAPS, PAGES 63 TO 66, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SANFRANCISCO, STATE OF CALIFORNIA.

A.P.N. LOT 001, BLOCK 2914

**IT IS SO ORDERED.**

Dated: 11/07/2011

Honorable ~~Maria Elena James~~
Samuel Conti

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342